**FULL NAME:** Pierre Stephen Simms

**COMMITTED NAME (if different):** Pierre Stephen Simms

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** High desert detention center, 9438 commerce way, Adelanto, CA 92301

**PRISON NUMBER (if applicable):** #2305341310

FILED
CLERK, U.S. DISTRICT COURT

MAY 12 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _QSA_ DEPUTY

FIRST AMENDED COMPLAINT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Pierre Stephen Simms

PLAINTIFF,

v.

John Doe, et al

DEFENDANT(S).

**CASE NUMBER:** 5:25-CV-00291-SPG-AJR
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Pierre Stephen Simms**
(print plaintiff's name)
who presently resides at **9438 Commerce Way, Adelanto, CA, 92301**
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**High Desert Detention Center**
(institution/city where violation occurred)

on (date or dates) __09-19-2024__, __09-20-2024__, __09-21-2024__.
                        (Claim I)              (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __John Doe__ resides or works at
   (full name of first defendant)
   __9438 Commerce Way, Adelanto, CA, 92301__
   (full address of first defendant)
   __Sergeant__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   The defendant is a law enforcement officer and committed the alleged acts while clothed with the authority of state law

2. Defendant __A. Medawar__ resides or works at
   (full name of first defendant)
   __9438 Commerce Way, Adelanto, CA, 92301__
   (full address of first defendant)
   __Sergeant__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   The defendant is a law enforcement officer and committed the alleged acts while clothed with the authority of state law.

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

This claim is for the violation of the plaintiffs 14th Amendment right by defendant Doe for denying the plaintiff of the basic life necessity of warmth after multiple grievances and pleas for relief to the defendant by the plaintiff.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. On 09-16-2024 the plaintiff initiated a grievance complaint about the excessively freezing cold air being circulated through the facility.

2. The air was so cold that the officers wore bomber jackets and the plaintiff began to occassionally lose feeling in his finger tips and toes.

3. On 09-18-2024 defendant Doe dismissively responded to the plaintiffs grievance by refusing to address the climate issue.

4. On 09-19-2024 the plaintiff appealed the grievance by arguing the fact that continuing to ignore the climate issue would-

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

4.(continued) be violating the plaintiffs right to humane living conditions by knowingly depriving the life necessity of warmth.

5. Defendant Doe never resolved the climate issue even after being made fully aware that it was causing the plaintiff and other inmates severe unnecessary suffering and distress.

## Claim 2

This claim is for the violation of the plaintiffs 1st Amendment right by defendant Doe for ordering a retalitory unit transfer on the plaintiff for filing grievances about the climate issue.

### Supporting Facts:

6. On 09-20-2024 around 6am the plaintiff was notified by the deputies on shift that he was being transferred to a different unit.

7. The plaintiff asked why and deputy Verdugo confirmed that it was because the plaintiff "pissed off the sergeant (defendant Doe) with all those grievances".

8. The plaintiff asked which sergeant it was and deputy verdugo replied "c'mon, you know I can't tell you that; But you fucked yourself with those grievances."

9. The plaintiff was moved from the upper tier of 3F to unit 1D that same day of 9-20-2024

## claim 3

This claim is for the violation of the plaintiffs 14th Amendment right by defendant Medawar's deliberate indifference to a known assault risk to the plaintiff and failing to prevent a foreseeable attack that the defendant had full foresight of.

### Supporting facts:

10. Around 1AM at the begining hours of the next day on 09-21-2024, the plaintiff was notified by deputies that he was being moved 'back' to 3F.

11. When deputy verdugo arrived to escort the plaintiff back to 3F, the plaintiff asked if he was going back to the upper tier or down to the lower tier.

12. Deputy Verdugo told the plaintiff that the plaintiff was being moved to the lower tier of 3F.

13. Verdugo went on to tell the plaintiff that he tried telling classification that they were making a mistake because the plaintiff would be assaulted there in the lower tier.

15. While en route to 3F the plaintiff spoke with the Sergeant on shift defendant Medawar and explained that he would'nt be safe in the lower tier and that it was documented that he would be at risk there.

16. The plaintiff asked defendant Medawar if he could be moved back to the upper tier of 3F and defendant Medawar insisted that the plaintiff had no choice but to move where he was told.

17. Less than an hour after being placed in the lower tier of 3F the plaintiff was sneak attacked and violently assaulted by a large group of other inmates on camera.

18. The plaintiff was then seen by the facility medical examiner who refused to send the plaintiff to the ER after the plaintiff sustained severe head trauma.

19. The plaintiff refused to make a statement and have his injuries photographed to avoid the danger of being labeled a snitch for making a report on other inmates.

20. Hours later after being rehoused back to his original placement on the upper tier, the defendant had thick dark blood beginning to seep from his left ear and noticed that most of the hearing in that ear was gone.

21. On 9-24-2024 the facility nurse examined the plaintiffs left ear canal and confirmed and documented that the plaintiffs ear canal and ear drum looked damaged.

22. On 9-25-2024 the plaintiff was seen by the facility doctor and ordered for a appointment to be scheduled with a specialist.

23. The plaintiff has still yet to be seen.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1) A declaratory judgement that defendant Doe's actions of knowingly continuing to deprive the plaintiff of the life necessity of warmth and ordering a housing transfer as retaliation violated the plaintiffs rights under the constitution and laws of the united states.

2) A declaratory judgement that defendant Medavar's deliberate indifference to a known and foreseeable safety threat to the plaintiff violated the plaintiffs rights under the constitution and the laws of the united states.

3) Compensatory damages in the amount of $777,000 against each defendant jointly and separately for the unnecessary permanent injury sustained to the plaintiffs body as a result of the defendants wrong actions.

4) Punitive damages in the amount of $7,000 against each defendant.

5) A trial on all issues triable by jury.

6) Plaintiffs cost in this suit

7. Any additional relief this court deems just, proper and equitable.

5/5/2025
(Date)

*Pierre Sim*
(Signature of Plaintiff)

Monday, May 5th, 2025

Dear Clerk,

This is my second time writing an amended complaint. I am more than sure it is because the officers in this facility keep tampering with my mail to make sure that it never gets to the courts. I still haven't received the Judge's last order that was made April 24th so I believe that they are now withholding my incoming mail to sabotage my case against them and get it dismissed. I have raised quite a big issue here with these officers after I called the clerk Friday and found out that the FAC I mailed in March never made it there so hopefully this one gets delivered.

If you could please add this to my docket so the Judge may see this and consider having the marshalls tell these people to stop obstructing my litigation, it would be appreciated.

Thank you.

Sincerly

[signature]



